1 VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
2 Post Office Box 5965
Fresno, California 93755
3 Telephone: (559) 824-6293

4 Counsel for Defendant
ADAM LEE CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00091-NONE-SKO |
|---|---|
| *Plaintiff,* | **STIPULATION TO RESCHEDULE SENTENCING; ORDER** |
| vs. | |
| ADAM LEE CAMPBELL | Date: February 25, 2022 |
| *Defendant.* | Time: 9:30 a.m. |
| | JUDGE: Hon. DALE A. DROZD |

IT IS HEREBY STIPULATED by the parties through their respective counsel that sentencing now set for January 14, 2022 may be rescheduled to February 25, 2022  Defendant has proposed this stipulation because due to out of country travel he has scheduled during the holidays he would not be able to file his objections to the Presentence Report . The parties, in consultation with the Probation Officer, have  stipulated to a new schedule as follows:

    The draft Presentence Report will be due on     January 14, 2022

    Informal Objections     January 28, 2022

    Final Report filed with Court    February 4, 2022

    Formal Objections    February 11, 2022

    Reply or Statement of Non-Opposition    February 18, 2022

Judgment and Sentencing    February 25, 2022.

///

///

///

                                                                Respectfully submitted,

Dated:  November 22, 2021                */s/ Victor M. Chavez*
                                                                VICTOR M. CHAVEZ
                                                               Attorney for Defendant

Dated:  November 22, 2021                */s/ Laura D. Withers*
                                                                LAURA D. WITHERS
                                                                Assistant U.S. Attorney for Plaintiff

                                                                 **ORDER**

IT IS SO ORDERED.

    Dated:  **November 23, 2021**                                                   
                                                                UNITED STATES DISTRICT JUDGE