1  VICTOR M. CHAVEZ, Bar #113752
   Attorney at Law
2  Post Office Box 5965
   Fresno, California 93755
3  Telephone: (559) 824-6293

4  Counsel for Defendant
   ADAM LEE CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:21-CR-0091-JLT-SK0 |
| *Plaintiff,* | **STIPULATION TO RESCHEDULE SENTENCING; ORDER** |
| vs. | |
| ADAM LEE CAMPBELL | DATE:  March 11, 2022 |
| *Defendant.* | TIME:   9:30 a.m. |
| | JUDGE:  Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by the parties through their respective counsel that the sentencing now set for February 25, 2022 may be rescheduled to March 11, 2022.  This stipulation is proposed by the defense because undersigned counsel has not been able to review the draft Presentence Report with his client because the American Sign Language Interpreter is not available until February 4, 2022.  The parties stipulate to the following schedule:

| | |
|---|---|
| Informal Objections | February 11, 2022 |
| Final PSR | February 18, 2022 |
| Formal Objections | February 25, 2022 |
| Reply or Non-Opposition | March 4, 2022 |
| Judgment and Sentencing | March 11, 2022 |

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 3, 2022 | /s/ Victor M. Chavez<br>VICTOR M. CHAVEZ<br>Attorney for Defendant |
| Dated: February 3, 2022 | /s/ Laura D. Withers<br>LAURA D. WITHERS<br>Assistant U.S. Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED.

Dated: **February 4, 2022**           _____
                                      UNITED STATES DISTRICT JUDGE