VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
Post Office Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
ADAM LEE CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-CR-0091-JLT-SK0 |
|---|---|
| *Plaintiff,* | **STIPULATION TO RESCHEDULE SENTENCING; ORDER** |
| vs. | |
| ADAM LEE CAMPBELL | DATE: March 18, 2022<br>TIME: 9:30 a.m. |
| *Defendant.* | JUDGE: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by the parties through their respective counsel that the sentencing now set for March 11, 2022 may be rescheduled to March 18, 2022.  This stipulation is proposed by the defense because undersigned counsel has not been able to review the draft Presentence Report with his client because when counsel and the American Sign Language Interpreter attempted to interview Mr. Campbell at the jail on February 4, 2022, he was not available as he was at a dental appointment.  The next opportunity to see him will be on February 14, 2022.  The parties stipulate to the following schedule:

| | |
|---|---|
| Informal Objections | February 18, 2022 |
| Final PSR | February 25, 2022 |
| Formal Objections | March 4, 2022 |
| Reply or Non-Opposition | March 11, 2022 |
| Judgment and Sentencing | March 18, 2022 |

Respectfully submitted,

Dated: February 10, 2022

*/s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Attorney for Defendant

Dated: February 10, 2022

*/s/ Laura D. Withers*
LAURA D. WITHERS
Assistant U.S. Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  **February 10, 2022**

_____
UNITED STATES DISTRICT JUDGE

Adam Campbell – Stipulation and Proposed Order

2