1  VICTOR M. CHAVEZ, Bar #113752
   Attorney at Law
2  Post Office Box 5965
   Fresno, California 93755
3  Telephone: (559) 824-6293

4  Counsel for Defendant
   ADAM LEE CAMPBELL
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       | Case No.  1:21-CR-0091-JLT-SK0
12 |         *Plaintiff,*            | **STIPULATION TO RESCHEDULE SENTENCING; ORDER**
13 |     vs.                         | (IN PERSON HEARING REQUESTED)
14 | ADAM LEE CAMPBELL               | DATE:  April 21,2022
   |                                 | TIME:  9:00 a.m.
15 |         *Defendant.*            | JUDGE: Hon. Jennifer L. Thurston

16

17         IT IS HEREBY STIPULATED by the parties through their respective counsel that the
18 sentencing hearing in this matter may be set on April 21, 2022. This stipulation is proposed by the
19 defense because undersigned counsel was only recently able to review the presentence report with
20 Mr. Campbell and because the defense is requesting an in-person hearing. It will be necessary to
21 utilize the services of an American Sign Language Interpreter at the hearing. The parties stipulate
22 to the following schedule:

23

24      Informal Objections          March 21, 2022

25      Final PSR                    March 28,2022

26      Formal Objections             April 4, 2022

27      Reply or Non-Opposition      April 11, 2022

28      Judgment and Sentencing      April 21, 2022

                              Respectfully submitted,

Dated: March 11, 2022                     */s/ Victor M. Chavez*
                                            VICTOR M. CHAVEZ
                                            Attorney for Defendant

Dated: March 11, 2022                     */s/ Laura D. Withers*
                                            LAURA D. WITHERS
                                            Assistant U.S. Attorney for Plaintiff

                                           **ORDER**

IT IS SO ORDERED.

    Dated:   **March 14, 2022**                          _____
                                                              UNITED STATES DISTRICT JUDGE