VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
P.O. Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
Adam Lee Campbell

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00091 JLT SKO |
|---|---|
| *Plaintiff,* | DEFENDANT'S PETITION FOR DISCLOSURE OF PROBATION RECORDS (Local Rule 460 (b)) |
| vs. | |
| ADAM LEE CAMPBELL | DATE: April 21, 2022
TIME: 9:00 a.m. |
| *Defendant.* | JUDGE: Hon. Jennifer L. Thurston |

Adam Lee Campbell hereby petitions this Court for disclosure of records that were used in preparation of the Presentence Report in this case. These records are confidential Court records subject to disclosure pursuant to Local Rule 460 (b). The specific records sought are:

1. At No. 72 of the final PSR reference is made to an RPO which the undersigned believes to be a state probation presentence report. Defense seeks this report as it is a recent report which may contain further information as to defendant's mental health history. Such information may be useful in preparation for sentencing.

2. At No. 74 reference is made to a report prepared by C. Kirk Johnson, Ph. D. Psychologist in connection with sentencing on a 1995 case in juvenile court. This report is believed to contain material relevant to preparation for sentencing in this case.

These requests are made at this time because the final Presentence Report contained a completely new specific offense characteristic which added five levels to the offense level and resulted in a maximum statutory term recommendation. The final report was reviewed with Mr. Campbell on April 14, 2022, and undersigned counsel believes that it warrants a written response. The records sought are relevant to issues in this sentencing and the defense believes are necessary to preparation of an adequate response. Since sentencing is set for April 21, 2022 time is of the essence, and should the records be ordered disclosed, it is requested that probation be notified immediately.

Respectfully submitted,

Dated: April 16, 2022

*/s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Attorney for Defendant
ADAM LEE CAMPBELL

## ORDER

**The Court ORDERS** that, as soon as possible but not later than April 18, 2022, the records identified in defendant's Petition for Disclosure be provided to defense counsel or an explanation filed why they cannot be provided.

IT IS SO ORDERED.

Dated:   **April 15, 2022**

UNITED STATES DISTRICT JUDGE